CLERK OF THE COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
110 MICHIGAN NW
GRAND RAPIDS, MICHIGAN 49503

2:19-cv-120
Gordon J. Quist - U.S. District Judge
Maarten Vermaat - U.S. Magistrate Judge

MICAH ISHONE QUINN #948357
IONIA CORRECTIONAL FACILITY
1576 WEST BLUEWATER HIGHWAY
IONIA, MICHIGAN 48846

RE: Micah Ishone Quinn v John Davis, Warden
New Application for Writ of Habeas Corpus

Dear Clerk:

Enclosed for filing in the above captioned case you will find three copies of the pleadings checked below:

☑ Motion to Proceed in Forma Pauperis with Statement of Prisoner's Account.

☑ Habeas Petition on Western District Form.

☑ Memorandum of Law Supporting Habeas Petition.

☑ Lower Court's Orders and Opinion.

☑ Declaration of Service Accompanying all Documents.

Please file them for me. Your help in this matter is appreciated.

SUBMITTED BY:

_____
MICAH ISHONE QUINN #948357
DATE: 6/18/19 , ~~2018~~ 2019

Cc: File & Encl.

Notice: This document was prepared by a non-attorney legal writer with the Michigan Department of Corrections.

Also, please accept this letter as notice of address change and caption change, (warden, Catherine Bauman).

Micah Ishone Quinn #948357
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI 49862

Micah Isham Sims #948357
Alger Correctional Facility
N6141 Industrial Park Drive
Munising, MI 49862

Clerk
U.S.
Western
110 M
Grand

... of The Court
... District Court
District of Michigan
... Michigan NW
Rapids, Michigan 49503

